## (January 28, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BOWENS and JUNIUS CRUMP, Appellants.—Two judgments of the Supreme Court, Queens County, one rendered June 20, 1975 against defendant Crump, and one rendered June 23, 1975 against defendant Bowens, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct appellants to surrender themselves to said court in order that execution of the judgments be commenced or resumed (CPL 460.50, subd 5) Hopkins, Acting P. J., Martuscello, Latham, Rabin and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK CAMPISI, Appellant.—Judgment of the Supreme Court, Richmond County, rendered July 16, 1975, upon resentence, affirmed. No opinion. The case is remitted to the Supreme Court, Richmond County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Hopkins, Acting P. J., Martuscello, Latham and Rabin, JJ., concur. [82 Misc 2d 254.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN KAHN and ERNEST FENDT, Appellants.—Two judgments (one as to each defendant) of the County Court, Nassau County, both rendered October 11, 1974, affirmed. No opinion. The case is remitted to the County Court, Nassau County, for proceedings to direct appellants to surrender themselves to said court in order that execution of the judgments be commenced or resumed (CPL 460.50, subd 5). Latham, Acting P. J., Margett, Damiani, Christ and Hawkins, JJ., concur.

## THIRD DEPARTMENT, JANUARY, 1976

### (January 7, 1976)

■ In the Matter of the Claim of ELIZABETH WHITAKER et al., Respondents, v SUNSET QUEENS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion by appellants granted, without costs, and decretal paragraph of decision dated October 30, 1975 amended to read as follows: "Decisions reversed, and claim dismissed, with costs to appellants against the Workmen's Compensation Board." Koreman, P. J., Greenblott, Main, Larkin and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM R. LIDDELL, III, Petitioner, v JACK R. NEVILL, as Sheriff of Otsego County, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus, denied. Greenblott, J. P., Sweeney, Kane, Main and Larkin, JJ., concur.